```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,

-against-

JOSE ROLDAN,

                Defendant.

1:21-cr-00645-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 20, 2021, the Court held a plea hearing during which Defendant Jose Roldan waived indictment in this case. Before any plea was accepted by the Court, the hearing was adjourned to allow the Parties to file letter briefs regarding whether, upon any guilty plea, mandatory detention in this case would be required by 18 U.S.C. § 3143(a)(2). The Court has now received Plaintiff's letter [ECF No. 25] and Defendant's letter [ECF No. 26].

The Parties agree that mandatory detention would be required in this case pursuant to 18 U.S.C. § 3143(a)(2). Defendant, however, urges that pre-sentence release would be appropriate under 18 U.S.C. § 3145(c).

IT IS HEREBY ORDERED that the plea hearing scheduled for November 3, 2021 at 11:30am shall be held in Courtroom 18C, 500 Pearl Street, New York, NY 10007. All Parties are expected to appear in person. The Parties shall confer regarding the appearance of Defendant Jose Roldan at the hearing. The Government is directed to assist the Defendant with respect to travel and ensure that he be present for the plea hearing.

**SO ORDERED.**

Dated: New York, NY
       October 28, 2021

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**