```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

        - v. -

JOSE ROLDAN,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[PROPOSED] ORDER

21 Cr. 645 (MKV)

Upon the application of JOSE ROLDAN, by his attorney, Antonia M. Apps, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

ORDERED that the United States Marshals Service furnish Jose Roldan with funds to cover the cost of travel between El Paso, Texas, and New York, New York, in advance of his change-of-plea hearing on December 13, 2021, as well as his return trip to El Paso, Texas, in the event that he is not remanded upon his conviction; and

IT IS FURTHER ORDERED that Mr. Roldan's flight to New York arrive no later than December 12, 2021.

Dated:    New York, New York
           November 19, 2021

_____
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK