USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/21

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOSE ROLDAN

               Defendant.

1:21-cr-0645 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United State Marshal.

**SO ORDERED.**

**Date: December 13, 2021**

*/s/ Mary Kay Vyskocil*